PIERRE VAN ARSDALE, Appellant, *v.* CROSS & BROWN COMPANY, Respondent.

(Submitted October 4, 1928; decided October 23, 1928.)

*David Greenbaum* and *Leonard F. Fish* for appellant.
*Charles J. McDermott, John F. Jason* and *Henry W. Showers* for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.